# EXHIBIT 1

Case 1:09-cv-10609-MGC     Document 12-2     Filed 03/01/2010     Page 2 of 2

# The Rosen Law Firm Files Securities Class Action Charging Kohlberg Capital Corporation With Securities Fraud -- KCAP



Print

**Companies:**  Kohlberg Capital Corporation

### Related Quotes

| Symbol | Price | Change |
|--------|-------|--------|
| KCAP | **4.40** | **-0.03** |



**Press Release** Source: The Rosen Law Firm, PA On Thursday December 31, 2009, 5:01 pm EST

NEW YORK, NY--(Marketwire - 12/31/09) - The Rosen Law Firm today announced it has filed a class action lawsuit on behalf of all purchasers of Kohlberg Capital Corporation ("Kohlberg" or the "Company") (NASDAQ:KCAP - News) securities between March 16, 2009 and December 24, 2009, inclusive (the "Class Period").

To join the Kohlberg class action, go to the website at http://www.rosenlegal.com or call Laurence Rosen, Esq. or Phillip Kim, Esq. toll-free at 866-767-3653 or email lrosen@rosenlegal.com or pkim@rosenlegal.com for information on the class action.

The case is pending in the United States District Court for the Southern District of New York as case no. 09-CV-10609 (MGC). You can obtain a copy of the complaint from the clerk of court or you may contact counsel for plaintiffs Laurence Rosen, Esq. or Phillip Kim, Esq. toll-free at 866-767-3653 or email lrosen@rosenlegal.com or pkim@rosenlegal.com.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER. YOU MAY RETAIN COUNSEL OF YOUR CHOICE.

The complaint charges that Kohlberg and its two top executive officers violated the federal securities laws by issuing false and misleading financial statements during the Class Period. The complaint alleges that defendants violated Generally Accepted Accounting Principles by failing to properly account for the fair value of its investment portfolio. The complaint further alleges that the Company misrepresented its efforts with its auditor, Deloitte and Touche LLP ("Deloitte"), to resolve issues regarding the Company's fair value accounting. When these allegations came to light, the market value of Kohlberg securities dropped damaging investors.

A class action lawsuit has already been filed on behalf of Kohlberg shareholders. If you wish to serve as lead plaintiff, you must move the Court no later than March 1, 2010. If you wish to join the litigation or to discuss your rights or interests regarding this class action, please contact plaintiff's counsel, Laurence Rosen, Esq. or Phillip Kim, Esq. of The Rosen Law Firm toll free at 866-767-3653 or via e-mail at lrosen@rosenlegal.com or pkim@rosenlegal.com.

The Rosen Law Firm focuses on prosecuting securities class action litigation and actions involving financial fraud. The Rosen Law Firm represents investors throughout the globe concentrating its practice in securities class actions.

**Contact:**

```
Contact:
Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm P.A.
Tel:   (212) 686-1060
Weekends Tel: (917) 797-4425
Toll Free: 1-866-767-3653
Fax: (212) 202-3827
350 5th Avenue, Suite 5508
New York, New York 10118
Email Contact
Email Contact
www.rosenlegal.com
```