# EXHIBIT 3

Case 1:09-cv-10609-MGC    Document 12-4    Filed 03/01/2010    Page 1 of 2

| Loss Chart | | | | | | | | | | Lookback $ Value RETAINED SHARES (4.22) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE BOUGHT | # SHARES | $ PER SHARE | COST | DATE SOLD | # SHARES SOLD | $ PER SHARE | PROCEEDS | # SHARES RETAINED | | APPROXIMATE LOSS |
| Leon Miller | 9/17/2009 | 2,500 | ($5.50) | ($13,750.00) | | | | | | | |
| | 7/31/2009 | 2,500 | ($6.00) | ($15,000.00) | | | | | | | |
| | 6/4/2009 | 3,000 | ($4.58) | ($13,740.00) | | | | | | | |
| | TOTAL | 8,000 | | ($42,490.00) | | | | | 8,000 | $33,760.00 | ($8,730.00) |