USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10/28/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

DENNIS J. ANGELERI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

-against-

DAYL W. PEARSON; MICHAEL I. WIRTH; CHRISTOPHER LACOVARA; SAMUEL P. FRIEDER; C. TURNEY STEVENS; and KOHLBERG CAPITAL CORPOATION,

Defendants.

-----------------------------------------------------------X

**09 CIVIL 10609 (MGC)** ← File Here
**10 CIVIL 80 (MGC)**
**10 CIVIL 231 (MGC)**

**JUDGMENT**

Defendants having moved to dismiss pursuant to Rule 9 and Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Miriam Goldman Cedarbaum, United States District Judge, and the Court, on October 5, 2011, having rendered its Memo-Endorsed Order granting defendants' motion and dismissing the second amended complaint with prejudice and closing cases 09 Civ. 10609, 10 Civ. 80, and 10 Civ. 231, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated October 6, 2011, defendants' motion is granted and the second amended complaint is dismissed with prejudice; accordingly, the cases 09 Civ. 10609, 10 Civ. 80 and 10 Civ. 231 are closed.

**Dated:** New York, New York
October 28, 2011

**RUBY J. KRAJICK**

______________________
**Clerk of Court**

**BY:** ______________________
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON ______